United States District Court
Southern District of Texas
**ENTERED**
January 19, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | CRIMINAL H-4:18-339 (3) |
| § | |
| HASSAN BARNES § | |

Order for Presentence Investigation and
Disclosure & Sentencing Dates

The defendant having been found guilty on count(s) __1__ a presentence report is ordered.

1. By March 7, 2022, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By March 21, 2022, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By April 4, 2022, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for __April 21, 2022__, at __2:00__ p.m. (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately—with a copy of this order—to:

  United States Probation Department
  Room 2301, 515 Rusk Avenue, Houston
  Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed: January 19, 2022.

              SIM LAKE
              SENIOR UNITED STATES DISTRICT JUDGE

Copies: United States Probation
    AUSA: Devon Helfmeyer / Aleza Remis
    Defense Counsel: Cornel A. Williams (retained)
    Defendant is ☒ on bond ☐ in custody.