United States District Court
Southern District of Texas
**ENTERED**
January 19, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. 4:18-CR-339-3 |
| § | |
| HASSAN BARNES § | |

## ORDER IMPOSING MONEY JUDGMENT

On this day, Defendant Hassan Barnes pleaded guilty to Count One of the Indictment. Count One charges the Defendant with conspiracy to unlawfully distribute and dispense controlled substances without a legitimate medical purpose and outside the course of professional practice, in violation of Title 21, United States Code, Section 846.

The United States provided notice to the Defendant in the Indictment that pursuant to Title 21, United States Code, Section 853(a), the United States sought forfeiture of criminal proceeds and intended to obtain a money judgment against each defendant.

The Defendant admitted that he obtained at least $18,000 from the criminal conspiracy, that the factual basis of the guilty plea supports the forfeiture of $18,000, and that a personal money judgment in that amount should be imposed. The Defendant consented pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A) to the forfeiture order becoming final as to him following his guilty plea.

Having considered the plea agreement, the record and the applicable law, the Court ORDERS as follows:

1. Defendant Hassan Barnes shall forfeit $18,000 to the United States, and a personal money judgment is hereby awarded in favor of the United States and against the Defendant in the same amount.

2. Pursuant to Federal Rule of Criminal Procedure 32.2(e), the United States may move to amend this Order at any time to forfeit the Defendant's other property in substitution in accordance with 21 U.S.C. § 853(p).

This Preliminary Order of Forfeiture will be made part of the Defendant's sentence and included in the judgment against him.

Signed in Houston, Texas, on the 19th day of January 2022.

Sim Lake
Senior United States District Judge